# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-0269-01-CR-W-GAF |
| | ) | |
| DONALD T. PARIS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress (Doc. #25). Defendant asserts that the December 22, 2011, statement he made to law enforcement should be suppressed on grounds that (1) he did not knowingly and intelligently waive his Miranda rights, (2) police failed to honor the invocation of his right to silence and (3) his statement was involuntary.

On May 30, 2013, Chief United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing. On December 10, 2013, Judge Larsen issued his Report and Recommendation (Doc. #43). On December 19, 2013, Defendant filed his Objections to the Report and Recommendation (Doc. #44).

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. #25) is OVERRULED and DENIED.

SO ORDERED.

                                                        s/ Gary A. Fenner
                                                        GARY A. FENNER, JUDGE
                                                        UNITED STATES DISTRICT COURT

DATED: January 6, 2014