IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 12-00269-01-CR-W-GAF |
| | ) | |
| DONALD T. PARIS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on March 12, 2014. Defendant Donald Paris appeared in person and with Acting Federal Public Defender Steve Moss. The United States of America appeared by Assistant United States Attorney Patrick Daly.

## I.    BACKGROUND

On September 5, 2012, an indictment was returned charging defendant with one count of producing child pornography, in violation of 18 U.S.C. § 2251(a); one count of receiving child pornography over the internet, in violation of 18 U.S.C. § 2252(a)(2); one count of transporting child pornography over the internet, in violation of 18 U.S.C. §§ 2252(a)(a) and (b)(1); one count of possessing child pornography, in violation of 18 U.S.C. § 2252(a)(4).

The following matters were discussed and action taken during the pretrial conference:

## II.    TRIAL COUNSEL

Mr. Daly announced that he will be the trial counsel for the government. The case agent to be seated at counsel table is Maggie McGuire, Kansas City, Missouri, Police Department.

Mr. Moss announced that he will be the trial counsel for defendant Donald Paris. Gina Slack, Investigator, will assist.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Mr. Daly announced that the government intends to call 6 to 7 witnesses without stipulations or 5 to 6 witnesses with stipulations during the trial.

Mr. Moss announced that defendant Donald Paris intends to call 5 witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Mr. Daly announced that the government will offer approximately 60 exhibits in evidence during the trial.

Mr. Moss announced that defendant Donald Paris will offer approximately 10 exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Moss announced that defendant Donald Paris will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Moss stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are likely as to cell phone outside of Missouri.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 2 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed October 26, 2012, counsel for each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by March 12, 2014;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, March 19, 2014;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, March 19, 2014. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI.  UNUSUAL QUESTIONS OF LAW

The government will file Rule 404(b) motions, Rule 414 motion on prior child molestations. There are no unusual questions of law.

## XII.  TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on March 24, 2014.


_/s/ Robert E. Larsen_
ROBERT E. LARSEN
United States Magistrate Judge


Kansas City, Missouri
March 12, 2014

---

[1]Counsel in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the forthcoming trial letter, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, March 21, 2014. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his preference on those instructions. The instructions shall be listed in the order they are to be given.